UNITED STATES DISTRICT COURT

| EASTERN | District of | CALIFORNIA |
| --- | --- | --- |

MICHAEL MURRIETA,
      Plaintiff

V.

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

COMMISSIONER of SOCIAL SECURITY,
      Defendant

CASE      1:11-AT-00298

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

<u>X</u>   GRANTED.

    <u>X</u>   The clerk is directed to file the complaint.

    <u>X</u>   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a
    copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff.  All
    costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

_____

_____

ENTER this   <u>23rd</u>   day of   _____<u>May</u>_____ ,   <u>2011</u> .

_____
/s/ Sandra M. Snyder
Signature of Judicial Officer

<u>SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE</u>
Name and Title of Judicial Officer